[No. 8172–5–II. Division Two. July 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
H. JACOBSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 84–1–00039–5, John W. Schumacher,
J., entered October 1, 1984. *Affirmed* by unpublished opin-
ion per Petrie, J. Pro Tem., concurred in by Petrich and
Alexander, JJ.

[No. 8280–2–II. Division Two. July 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
CHRIS WATKINS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 12381RO40, Arthur W. Verharen, J., entered
October 25, 1984. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and
Alexander, J.

[No. 7935–6–II. Division Two. July 31, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD
R. ALESHIRE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 84–1–00041–7, John H. Kirkwood, J.,
entered July 9, 1984. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Petrich and Alexander,
JJ.